UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| R. PEACHER, | ) |
|           Plaintiff, | ) |
| v. | ) No. 1:20-cv-02997-JPH-DML |
| MARTIAL KNIESER, MICHAEL CONYERS, HAROLD COUNCELLOR, MATTHEW VANDINE, | ) |
|           Defendants. | ) |

**ENTRY GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*
AND MOTION TO AMEND**

**I.**

The plaintiff's motion to proceed *in forma pauperis,* dkt. [3], is **granted**. The assessment of even an initial partial filing fee is waived because the plaintiff has no assets and no means by which to pay a partial filing fee. 28 U.S.C. § 1915(b)(4). Accordingly, no initial partial filing fee is due at this time. Notwithstanding the foregoing ruling, "[a]ll [28 U.S.C.] § 1915 has ever done is excuse *pre*-payment of the docket fees; a litigant remains liable for them, and for other costs, although poverty may make collection impossible." *Abdul-Wadood v. Nathan,* 91 F.3d 1023, 1025 (7th Cir. 1996).

**II.**

The plaintiff's motion to amend the complaint, dkt. [8], is **granted.** The **clerk is directed to re-docket** the amended complaint tendered at dkt. 8-1. The amended complaint filed on November 19, 2020, is the operative pleading in this action.

2

The Court will screen the amended complaint in accordance with 28 U.S.C. § 1915A in a separate, future Entry.

**SO ORDERED.**

Date: 12/3/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

R. PEACHER
881627
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only